THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS GEORGE MISKAM, | ) CIVIL NO. 2:08-02229 JMS |
| Plaintiff, | ) ORDER AND WRIT OF HABEAS ) CORPUS AD TESTIFICANDUM |
| vs. | ) |
| S. MCALLISTER, et al., | ) |
| Defendant. | ) |
| _____ | ) |

**<u>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>**

Travis George Miskam, inmate # K-43612, a necessary and material witness in proceedings in this case, is confined in Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960-1050, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable J. Michael Seabright, to appear telephonically at Salinas Valley State Prison, **December 1, 2010 at 9:00 a.m. (Hawaii time).**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place

above, until completion of court proceedings or as ordered by the court;

        2.    The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this Writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden,** Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960-1050:

        **WE COMMAND** you to produce the inmate above to testify before the United States District Court at the time and place above by telephone, until completion of the proceedings as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, November 16, 2010.



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge

*Miskam v. Mcallister*, Civ. No. 2:08-02229 JMS, Order and Writ of Habeas Corpus Ad Testificandum